**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Theresa Pfleeger**, | ) Case No. 3:10-CV-08103-DGC |
| | ) |
| Plaintiff, | ) **STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT** |
| vs. | ) |
| | ) |
| **General Motors America,** | ) |
| | ) |
| Defendant. | ) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated this 8th day of November, 2010.

| For Plaintiff, Theresa Pfleeger | For Defendant, Universal Recovery Corporation |
|---|---|
| s/Marshall Meyers | s/ C. Andrew Campbell |
| Weisberg & Meyers, LLC | Mark D. Fullerton, PC |

Filed electronically on this 8th day of November, 2010, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 8th day of November to:

C. Andrew Campbell
Mark D Fullerton, PC
1839 South Alma School Road, Suite 275
Mesa AZ 85210

Copy of the foregoing was mailed this 8th day of November, 2010 to:

Hon. David G. Campbell
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 623
401 West Washington Street, SPC 58
Phoenix AZ 85003-2156


By: s/Tremain Davis
Tremain Davis