# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theresa Pfleeger, | ) Case No. CV10-8103-PCT DGC |
| Plaintiff, | ) **ORDER ON PARTIES STIPULATION** </br> ) **TO DISMISS WITH PREJUDICE** |
| vs. | ) |
| Universal Recovery Corporation, | ) |
| Defendant. | ) |

The court, having considered the parties Stipulation to Dismiss, GRANTS the Stipulation and the suit is dismissed with prejudice.

Dated this 10th day of November, 2010.

_____
David G. Campbell
United States District Judge